GREGORY J. SMITH (124127)
THE LAW OFFICE OF GREGORY J. SMITH
A PROFESSIONAL CORPORATION
516 W. Shaw Avenue, Suite 200
Fresno, CA  93704
Telephone: (559)221-5100
Facsimile No: (559)221-5126

Attorney for Defendants
GUARDIAN INDUSTRIES CORP. AND ASHLEY KIRKLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TOTH,<br><br>                    Plaintiff,<br><br>vs.<br><br>GUARDIAN INDUSTRIES CORP., a Delaware corporation, ASHLEY KIRKLAND, an individual, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 1:12-cv-00001-LJO-DLB<br><br>STIPULATION OF ALL PARTIES TO CONTINUE THE SCHEDULING CONFERENCE AND TO CONTINUE ALL DATES ASSOCIATED WITH THE SCHEDULING CONFERENCE AND ORDER OF THE COURT<br><br>Current Scheduling Conference: 3/6/12<br>Proposed Scheduling Conference: 5/16/12 |

**STIPULATION OF ALL PARTIES TO CONTINUE
THE SCHEDULING CONFERENCE**

### I.    BACKGROUND

This case was initiated by removal of the action from state court by defendant, Guardian Industries (hereinafter "Guardian"). Defendants Guardian and Ashley Kirkland (hereinafter "Kirkland"), each filed motions to dismiss. Plaintiff, Christine Toth, then filed a motion to remand. By Minute Order (Docket No. 19), Judge Lawrence J. O'Neill took the motions to dismiss off calendar and set the motion to remand for hearing before Magistrate Judge Dennis L. Beck on February 10, 2012.

The Initial Scheduling Conference was set for 3/16/2012 at 09:15 a.m. in Courtroom 9 (DLB)

The Law Office of
Gregory J. Smith
516 W. Shaw Ave., Suite 200
Fresno, CA  93704
Phone: (559)221-5100
Fax: (559) 221-5126

1.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

before Magistrate Judge Dennis L. Beck. (Docket No. 3.) Thereafter, the Initial Scheduling Conference was reset for 3/6/2012 at 09:15 a.m. in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. (Docket No. 7.) The parties agree that the efficient use of their resources is best achieved by continuing the Scheduling Conference for approximately sixty (60) days while the motion to remand is decided and, if the motion to remand is denied, while the motions to dismiss proceed to hearing. The parties also have agreed to participate in private mediation and are in the process of agreeing to mediation with one of three mediators already identified.

The parties wish to avoid the expense of meeting and conferring in advance of the Scheduling Conference and the expense of preparing the Joint Scheduling Conference Report. In addition, the parties wish to avoid the expense of the Rule 26 conferences and disclosures while the motion to remand is pending, the motions to dismiss are pending, and the parties are engaging in private mediation.

## II.   STIPULATION

**A.   Continuance And Associated Deadlines**

**1.   The Scheduling Conference shall be continued from March 6, 2012 to May 16, 2012 at 9:15 a.m. in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.**

**2.   All deadlines associated with the Scheduling Conference, including those associated with Rule 26 disclosures, shall be continued based upon the new Scheduling Conference date of May 16, 2012.**

Dated: January 27, 2012

**THE LAW OFFICE OF GREGORY J. SMITH
A PROFESSIONAL CORPORATION**

By:  /s/
Gregory J. Smith, Esq.
Attorney for Defendants
GUARDIAN INDUSTRIES CORP. and
ASHLEY KIRKLAND
gsmith@gregsmithlawfirm.com

The Law Office of
Gregory J. Smith
516 W. Shaw Ave., Suite 200
Fresno, CA 93704
Phone: (559)221-5100
Fax: (559) 221-5126

2.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

Dated: January 27, 2012                                  **SMITH JOHNSON, INC.**


                                                         By:  _____/s/_____
                                                              William J. Smith, Esq.
                                                              Attorney for Plaintiff
                                                              CHRISTINE TOTH
                                                              wsmith@wjslawoffice.com


### III.    ORDER

Based upon the foregoing, the Court finds that good cause exists for the request of the parties and approves the continuance of the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **January 30, 2012**                            _____/s/ Dennis L. Beck_____
                                                         UNITED STATES MAGISTRATE JUDGE

The Law Office of
Gregory J. Smith
516 W. Shaw Ave., Suite 200
Fresno, CA  93704
Phone: (559)221-5100
Fax: (559) 221-5126

3.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE