IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TOTH,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>GUARDIAN INDUSTRIES<br>CORP., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-0001 LJO DLB<br><br>**ORDER ON BRIEFING SCHEDULE**<br>(Docs. 8,11.) |

　　　　With denial of remand of this action, defendants motions to dismiss (docs. 8, 11) remain pending. As such, this Court SETS a briefing schedule and ORDERS:

　　　　1.　　Plaintiff, no later than March 6, 2012, to file and serve papers to oppose defendants' motions to dismiss; and

　　　　2.　　Defendants, no later than March 13, 2011, to file and serve reply papers.

　　　　Pursuant to its practice, this Court will consider defendants' motions to dismiss on the record without a hearing, unless otherwise ordered.

　　　　IT IS SO ORDERED.

**Dated:**　　February 14, 2012　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE