**WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, CHRISTINE TOTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TOTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUARDIAN INDUSTRIES CORP., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-00001-LJO-DLB<br><br>**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT, CONTINUE THE SCHEDULING CONFERENCE, AND TO CONTINUE ALL DATES ASSOCIATED WITH THE SCHEDULING CONFERENCE AND ORDER OF THE COURT**<br><br>**Complaint Filed: November 9, 2011** |

On April 16, 2012, the parties engaged in a full day of Mediation before Judge Cahill (Ret.). To date, the parties are continuing to explore settlement. To streamline the issues before the Court and relieve the Court of added administrative responsibilities, Plaintiff wishes to file a Second Amended Complaint prior to Defendant filing an additional Motion to Dismiss. Defendant agrees to Plaintiff adding a new cause of action before Defendant files it's next Motion to Dismiss. The parties request that this Stipulation be accepted by the Court and so Ordered.

### **STIPULATION**

It is hereby stipulated by and between the parties, through their respective counsel, that:

1. Plaintiff be permitted to file a Second Amended Complaint, without prejudice to Defendant Guardian Industries' right to move to dismiss any of the causes of action alleged in the Second Amended Complaint;

2. Defendant Guardian Industries has 28 days to respond to the Second Amended Complaint from the date it is filed with the Court;

3. The Rule 26 disclosures be continued to 35 days after the Second Amended Complaint has been filed with the Court;

4. The Scheduling Conference currently scheduled for May 16, 2012, be continued to at least 45 days after the Second Amended Complaint is filed.

**It is so stipulated and agreed.**

Dated: April 27, 2012          SMITH JOHNSON, INC.


                                          /S/WILLIAM J. SMITH
                                          _____
                                          WILLIAM J. SMITH, Attorneys for Plaintiff
                                          CHRISTINE TOTH

Dated: April 27, 2012          THE LAW OFFICE OF GREGORY J. SMITH

                                          /S/GREGORY J. SMITH
                                          _____
                                          GREGORY J. SMITH, Attorneys for Defendants
                                          GUARDIAN INDUSTRIES CORP.


**ORDER**

Based upon the foregoing, the Court approves the stipulated requests and continues the Scheduling Conference to July 30, 2012 at 9:30 am before Magistrate Judge Beck.

IT IS SO ORDERED.

**Dated:   April 30, 2012**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE