1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7   CHRISTEN TOTH,                          CASE NO. CV F 12-0001 LJO DLB

8                    Plaintiff,             **ORDER AFTER SETTLEMENT**
          vs.                               (Doc. 40.)
9
    GUARDIAN ENTERPRISES,
10  CORP., et al.,

11                   Defendants.
    _____/
12

13          Plaintiff's counsel notified this Court that settlement has been reached among all parties.

14  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 11, 2012,**

15  to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

16  the action has not been dismissed.

17          This Court VACATES all pending matters and dates, including the July 30, 2012 scheduling

18  conference.

19          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20  parties who contributed to violation of this order.  *See* Local Rules160 and 272.   This Court

21  ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

22  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

23  appropriate.

24          IT IS SO ORDERED.

25  **Dated:   May 31, 2012**              _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE
26

27

28