**WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, CHRISTINE TOTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TOTH, | Case No. 1:12-CV-00001-LJO-DLB |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| GUARDIAN INDUSTRIES CORP., a Delaware corporation, ASHLEY KIRKLAND, an individual, and DOES 1 through 20, inclusive, | **Complaint Filed: November 9, 2011** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CHRISTINE TOTH, and Defendants, GUARDIAN INDUSTRIES CORP., a Delaware Corporation and ASHLEY KIRKLAND, by and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: July 9, 2012                SMITH JOHNSON, INC.


                                   /s/William J. Smith
                                   WILLIAM J. SMITH, Attorneys for Plaintiff
                                   CHRISTINE TOTH

////

////

////

| | |
|---|---|
| Dated: July 9, 2012 | LAW OFFICES OF GREGORY J. SMITH |
| | /s/Gregory J. Smith |
| | GREGORY J. SMITH, Attorney for Defendant GUARDIAN INDUSTRIES CORP., and ASHLEY KIRKLAND |

* * * *

## ORDER

The above Stipulation is hereby adopted as an order of this Court.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   July 10, 2012**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE